IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREW RICHARDSON, )
          Plaintiff, )
v. ) C.A. No. 05-226 Erie
 )
DEPARTMENT OF HUMAN SERVICES, )
OFFICE OF CHILDREN AND YOUTH, )
          Defendant. )

## MEMORANDUM ORDER

Plaintiff's complaint was received by the Clerk of Court on August 10, 2005, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on June 1, 2006, recommended that the Defendant's Motion to Dismiss (Doc. #10) be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail, and on Defendants. No objections were filed. After de novo review of the pleadings and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 20th Day of July, 2006;

IT IS HEREBY ORDERED that the Defendant's Motion to Dismiss (Doc. #10) is GRANTED.

The report and recommendation of Magistrate Judge Baxter, dated June 1, 2006, is adopted as the opinion of the court.

                                                  *Maurice B. Cohill, Jr.*
                                                  MAURICE B. COHILL, JR.
                                                  United States District Judge

cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record _____